IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER P. WASKIEWICZ,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **NO. 10-5498** |
| | : | |
| **PPL SERVICES, INC.,** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW,** this 19th day of January, 2012, upon careful consideration of the Defendant's Motion for Summary Judgment (Doc. No. 27), the Plaintiff's Response in Opposition to the Motion for Summary Judgment (Doc. No. 30), and the Defendant's Reply Brief thereto (Doc. No. 34), IT IS HEREBY ORDERED that:

1. The Defendant's Motion for Summary Judgment is **GRANTED.**

2. The Clerk of Court is directed to mark this case **CLOSED.**

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.